UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | | |
|---|---|---|
| TAMEKA NICHOLE LEONIA BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number 15-cv-3348 SEM-TSH |
| | ) | |
| WEXFORD HEALTH SOURCES, INC., | ) | Judge Sue E. Myerscough |
| et al., | ) | Magistrate Judge Tom Schanzle-Haskins |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO COMPEL PAYMENT OF
COSTS OF DISCOVERY UNDER 26(b)(4)(E)(i)**

NOW COMES the Plaintiff, Tameka Nicole Brown, by and through her recruited counsel, Thomas J. Pliura, M.D., J.D., and pursuant to Rule 26(b)(4)(E)(i) of the Federal Rules of Civil Procedure, respectfully moves this honorable Court for an order compelling Defendants to pay the attached invoice for discovery as to Plaintiff's Expert, Melvin Ehrhardt, M.D. In Support of said motion, Plaintiff respectfully states as follows:

1. On or about December 23, 2015, Counsel for Plaintiff was recruited to represent the Plaintiff herein.

2. Thereafter, Plaintiff disclosed Dr. Melvin Ehrhardt as a retained expert and provided defendants with a detailed written of his expert opinions.

3. At Defendants' insistence, Dr. Ehrhardt prepared for and sat for a discovery deposition on May 29, 2018.

4. An invoice for charges related to said discovery is attached hereto and incorporated herein as exhibit A.

5. Pursuant to Federal Rule 26(b)(4)(E)(i), a party seeking discovery must pay the opposing expert a reasonable fee for the expert's time responding to discovery.

6. Under the rule and applicable case, the party seeking discovery is required to pay not only the expert's reasonable charges related to the deposition itself, but also to preparation time for the deposition and any necessary travel. See *Halasa v. ITT Educational Services*, 690 F.3d 844 (7th Cir. 2012); *Waters v. City of Chicago*, 526 F.Supp.2d 899, 900-01 (N.D. Ill. 2007); *Profile Prod. v. Soil Mgmt. Tech., Inc.*, 155 F.Supp.2d 880, 886 (N.D. Ill. 2001).

7. The purpose of Rule 26(b)(4)(E)(i) is "to avoid the unfairness of requiring one party to provide expensive discovery for another party's benefit without reimbursement." *Royal Maccabees Life Insurance Co. v. Malachinski*, No. 96 C 6135, 2001 U.S. Dist. LEXIS 3362, at *48 (N.D. Ill. Mar. 19, 2001).

8. Dr. Ehrhardt's hourly fees are reasonable in light of his experience and expertise.

9. The ratio of preparation time to deposition testimony time charged by Dr. Ehrhardt is well within the 3 to 1 preparation to deposition time ratio determined to be appropriate in *LG Elecs. U.S.A., Inc. v. Whirlpool Corp.*, No. 08 C 0242, 2011 WL 5008425, at *5 (N.D. Ill. Oct. 20, 2011).

10. It is clear from the plain meaning of the Rule 26 that compensation of an expert for his time spent in deposition is mandatory. *Royal Maccabees Life Insurance Co. v. Malachinski,* No. 96 C 6135, 2001 U.S. Dist. LEXIS 3362, at *48 (N.D. Ill. Mar. 19, 2001).

11. Notwithstanding the foregoing, Defendants have refused to pay the Ehrhardt invoice in full.

WHEREFORE, Plaintiff respectfully prays this honorable Court issue an order compelling Defendants to pay the attached invoice of Melvin Ehrhardt, M.D., in the amount of $3,000.00,

representing the reasonable fees associated with his compliance with Defendants' demand for discovery deposition.

        Respectfully Submitted,

        By: <u>s/THOMAS J. PLIURA</u>
        Tameka Nichole Leonia Brown, Plaintiff by
        Thomas J. Pliura, M.D., J.D., her attorney

Thomas J. Pliura, M.D., J.D.
ARDC No: 6197063
P.O. Box 130
LeRoy, IL 61752
Telephone: (309)962-2299
Fax: (309)962-4646
tom.pliura@zchart.com

## PROOF OF SERVICE

State of Illinois    )
                     )
County of McLean     )

      The undersigned attorney states and says that on the 8th day of March, 2019, he served the foregoing Document upon counsel of record for the defendants herein via the CM/ECF system.

                        By: s/THOMAS J. PLIURA
                        Thomas J. Pliura,
                        Attorney for Plaintiff
                        Law Offices of Thomas J. Pliura, M.D., J.D.
                        P.O. Box 130
                        LeRoy, IL 61752
                        Telephone: (309)962-2299
                        Fax: (309)962-4646
                        tom.pliura@zchart.com