**Dr. Pegg Invoice for Services-Deposition Preparation and Appearance at Deposition**

**Brown case: 15-cv-3348**

Dr. Pegg:  **Brown case** deposition May 14, 2018

Start time: 8AM  total duration of deposition: 3 hours per reporter Amy Powers

Preparatory time: ~10 hours (Much more than 10 hours was spent in re-review) Decision was made to bill at 3.3 ratio, i.e. 3.3 hrs prep time for each hour of deposition time. Case was complicated by an extensive number of medical records, requirement to review of hundreds of digital images, numerous deposition re-reviews and reviews, review and compilation of medication logs, a highly complicated case. This case involved a complicated review of hundreds of pages of medical records and associated documents over a ~10-year time frame

Total time: ~13 hours (3 hrs dep + ~10 hrs prep time, discounted to ratio)

$400/hr X 13 hrs = $5200

Deposition preparatory time: Review of the Logan Correctional Center Medical Records (797 pages) and treatment records for Tameka Brown and other applicable health care records (South Suburban Neurology-Dr. Arnett and Dr. Ericson, 180 pages), also Dr. Narla (neurologist, 31 pages) Springfield Clinic from outside providers seen as consultants by Tameka Brown, Review of records of Dr. Skias at the University of Illinois College of Medicine (21 pages)  Dr. Garwacki notes and records (total review time approximately 8 hours re-review time for the +1000 pages)

Deposition review: Dr. Kottemann (126 pages), Dr. Garwacki (97 pages), Dr. Bautista (57 pages), Tameka Brown (145 pages) (approximately 3 hours)

Review of MRI scans of her brain and spinal cord from 2007, 2008, 2011, 2012, 2014, 2015, 2016, 2018, with comparisons of many images being done to gauge the progression of the disease over time, hundreds of digital images were reviewed (~3 hours)

Review of Betaserone medication records prior to incarceration and compilation of log (approximately 2 hours)

Review of report of Melvin Ehrhardt, MD, summarizing the medical care and treatment of Ms. Brown, and review of cited medical records (~ 1 ½ hours dep prep review) Re-Review of Tameka Brown's various grievances: (~30 minutes), Re-Review of Ed Pegg written report (~15 minutes)

I certify and affirm this is an accurate itemization and representation of the time spent in preparation for my deposition.   Total bill: $400/hr X 13 hrs = $5200

Edward Pegg, M.D.

Edward W Pegg, MD, LLC
PO Box 5605
Bloomington, IL 61702

61752-013030

Thomas J. Pliura, MD JD
A Professional Corporation
Physician & Attorney at Law
P.O. Box 130
Le Roy, IL 61752





RECEIVED
MAR 11 2019

USA